## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN OUM,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No.: 20-cv-1970 |
| | : | |
| **CAROL DOUGHERTY, et al.** | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this __25TH__ day of March, 2021, upon consideration of Defendant Carol Dougherty's Partial Motion to Dismiss (ECF No. 4) and Plaintiff's response thereto (ECF No. 6), and for the reasons set forth in the memorandum filed concurrently with this Order, it is hereby ordered that Defendant's Motion is **DENIED**.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge