# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN OUM, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | No.: 20-cv-1970 |
| | : | |
| CAROL DOUGHERTY, et al. | : | |
|     Defendants. | : | |

## O R D E R

**AND NOW**, this ___21ST___ day of May, 2021, upon consideration of Defendant's Partial Motion for Summary Judgment (ECF No. 31) and Plaintiff's Response in Opposition (ECF No. 34), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge